1  TEAGUE P. PATERSON, SBN 226659
   JOHN E. VARGA, SBN 248895
2  **BEESON, TAYER & BODINE, APC**
   483 Ninth Street, 2nd Floor
3  Oakland, CA  94607
   Telephone:    (510) 625-9700
4  Facsimile:    (510) 625-8275
   Email:        tpaterson@beesontayer.com
5                jvarga@beesontayer.com

6  Attorneys for Plaintiffs, Teamsters Local 890

7

   DAVID N. BUFFINGTON, SBN 196551
8  **DOLE FOOD COMPANY, INC.**
   One Dole Drive
9  Westlake Village, CA 91362
   Telephone:    (818) 879-6756
10 Facsimile:    (818) 879-6615

11 Attorney for Defendant, Bud Antle, Inc.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## AT SAN JOSE

| | |
|---|---|
| TEAMSTERS LOCAL 890,<br><br>                              Plaintiff,<br><br>             v.<br><br>BUD ANTLE, INC.,<br><br>                              Defendant. | Case No. C11-05709 PSG<br><br>**JOINT STIPULATION FOR DISMISSAL; [PROPOSED] ORDER**<br><br>**Judge:** Honorable Paul S. Grewal<br><br>**Complaint Filed:** November 29, 2011 |

WHEREAS the parties have agreed to arbitrate the dispute, thereby obviating the need to proceed with the instant action to compel arbitration, the parties hereby stipulate as follows:

IT IS HEREBY STIPULATED by and between the parties to this action, by and through their respective counsel, that the above-captioned lawsuit be and hereby is dismissed without prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS FURTHER STIPULATED by and between the parties that each party shall bear its own attorneys' fees and costs of suit.

Dated:  April 23, 2012                    BEESON, TAYER & BODINE, APC


                                          By:      /s/John E. Varga
                                                JOHN E. VARGA
                                          Attorneys for Teamsters Local 890


Dated:  April 23, 2012                    DOLE FOOD COMPANY, INC.

                                          By:      /s/David N. Buffington
                                                DAVID N. BUFFINGTON
                                          Attorneys for Defendant, Bud Antle, Inc.


### [~~PROPOSED~~] ORDER

The above stipulation is hereby adopted as an Order of this Court.  The Court orders the above-captioned action be dismissed with prejudice, and each party to this action shall bear its own attorneys' fees and costs of suit.

IT IS SO ORDERED.


Dated:   April 23       , 2012            By:  /s/ Paul S. Grewal
                                               Honorable Paul S. Grewal
                                               United States District Judge