1   TEAGUE P. PATERSON, SBN 226659
    JOHN E. VARGA, SBN 248895
2   **BEESON, TAYER & BODINE, APC**
    483 Ninth Street, 2nd Floor
3   Oakland, CA  94607
    Telephone:    (510) 625-9700
4   Facsimile:    (510) 625-8275
    Email:        tpaterson@beesontayer.com
5                 jvarga@beesontayer.com

6   Attorneys for Plaintiffs, Teamsters Local 890

7
    DAVID N. BUFFINGTON, SBN 196551
8   **DOLE FOOD COMPANY, INC.**
    One Dole Drive
9   Westlake Village, CA 91362
    Telephone:    (818) 879-6756
10  Facsimile:    (818) 879-6615

11  Attorney for Defendant, Bud Antle, Inc.

12

13

14              **UNITED STATES DISTRICT COURT**

15          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

16                        **AT SAN JOSE**

17  TEAMSTERS LOCAL 890,                  Case No. C11-05709 PSG

18                         Plaintiff,     **JOINT STIPULATION FOR DISMISSAL;
                                          [~~PROPOSED~~] ORDER**
19           v.
                                          **Judge:** Honorable Paul S. Grewal
20  BUD ANTLE, INC.,
                                          **Complaint Filed:** November 29, 2011
21                         Defendant.

22

23      WHEREAS the parties have agreed to arbitrate the dispute, thereby obviating the need to

24  proceed with the instant action to compel arbitration, the parties hereby stipulate as follows:

25      IT IS HEREBY STIPULATED by and between the parties to this action, by and through their

26  respective counsel, that the above-captioned lawsuit be and hereby is dismissed without prejudice in

27  its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

28

                                                                                           1

1     IT IS FURTHER STIPULATED by and between the parties that each party shall bear its own

2   attorneys' fees and costs of suit.

3

4   Dated:  April 23, 2012                    BEESON, TAYER & BODINE, APC

5

6                                            By:      /s/John E. Varga
                                                  JOHN E. VARGA
7                                            Attorneys for Teamsters Local 890

8

9   Dated:  April 23, 2012                    DOLE FOOD COMPANY, INC.

10                                           By:      /s/David N. Buffington
                                                  DAVID N. BUFFINGTON
11                                           Attorneys for Defendant, Bud Antle, Inc.

12

13                              [PROPOSED] ORDER

14     The above stipulation is hereby adopted as an Order of this Court.  The Court orders the

15  above-captioned action be dismissed with prejudice, and each party to this action shall bear its own

16  attorneys' fees and costs of suit.

17

18  IT IS SO ORDERED.

19

20  Dated:    April 23      , 2012          By:  _Paul S. Grewal_____
21                                               Honorable Paul S. Grewal
22                                               United States District Judge

23

24

25

26

27

28

2